THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROBERT A. HORNE, ERIC RICHARDS, and VICTOR CARRELL, §§§§ Plaintiffs, | |
| v. | Case No. 4:19-CV-405-KPJ |
| TEXAS DEPARTMENT OF TRANSPORTATION Defendant. | |

### ORDER

Pending before the Court is Defendant Texas Department of Transportation's ("TxDOT") Objections to Plaintiffs' Privilege Log (the "Objections") (Dkt. 49), to which Plaintiffs Robert A. Horne, Eric Richards, and Victor Carrell (collectively, "Plaintiffs") filed a response (Dkt. 52). Having reviewed *in camera* the documents identified on Plaintiffs' First Amended Privilege Log, the Court finds that all documents therein are privileged, and TxDOT's Objections (Dkt. 49) are **OVERRULED**.

**So ORDERED and SIGNED this 19th day of February, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE